# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ,<br><br>  Plaintiff,<br><br>v.<br><br>CALVARY PORTFOLIO SERVICES, LLC,<br><br>  Defendant. | Case No.: 2:24-cv-08268-DMG-JC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [25]** |

Pursuant to Plaintiff Maria Gonzalez's and Defendant Cavalry Portfolio Services, LLC's (erroneously sued as Calvary Portfolio Services, LLC) Joint Stipulation of Dismissal with Prejudice of Entire Action, filed April 4, 2025 (Dkt. No. 25), the entire action is hereby dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: April 21, 2025

_____
DOLLY M. GEE
Chief United States District Judge